IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CO., et al., | CASE NO. CV F 10-0674 LJO JLT |
| Plaintiffs, | **ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |
| vs. | |
| THOMAS WILKINS, | |
| Defendant. | |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and DIRECTS this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

IT IS SO ORDERED.

**Dated:   April 19, 2010**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1