# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual<br><br>Defendant. | Case No.: 1:10-cv-00674 OWW JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>(Doc. 11) |

Before the Court is the stipulation of the parties to extend time for the defendant to file his responsive pleading. The parties agree that defendant Wilkins will have 28 days, or until July 23, 2010, to file a responsive pleading.

Based upon the agreement of the parties and Local Rule 144(a), the Court **GRANTS** the stipulation extending time for the defendant to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **June 25, 2010**                                     /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE

1