1   **MICHAEL L. SCHULTE   (State Bar No. 182284)**
LOW PRICE LEGAL ADVICE
2   764 P Street, Suite E
Fresno, California 93721
3   Telephone: (559) 237-3597
Facsimile: (559) 237-8316
4

5

Attorney for Defendant, THOMAS WILKINS
6

7

## UNITED STATES DISTRICT COURT
8

### EASTERN DISTRICT OF CALIFORNIA
9

10

11   GENERAL ELECTRIC COMPANY, a          **Case No.  1:10-cv-00674-OWW-JLT**
New York corporation; and GE WIND
12   ENERGY, LLC, a Delaware limited liability
company,
13                                                  **STIPULATION AND ORDER TO
                                                    EXTEND TIME TO RESPOND TO
14             Plaintiffs,                          COMPLAINT**

15        vs.

16   THOMAS WILKINS, an individual,

17             Defendant.

18

19

20        WHEREAS, Plaintiff filed this lawsuit on April 15, 2010; and

21        WHEREAS, a response to the Complaint is due on or before June 25, 2010; and

22        WHEREAS, Defendant's counsel has requested a 28-day extension of time to respond

23   to the Complaint; and

24        WHEREAS, Plaintiff's counsel has agreed to a 28-day extension of time to respond to

25   the Complaint.

26        THEREFORE, the parties hereby stipulate and request that the Court order that

27   Defendant has until Friday, July 23, 2010 to respond to the Complaint (through answer or

28   otherwise).

**STIPULATION AND ORDER TO EXTEND TIME**

1    IT IS SO STIPULATED.

2    Dated:  June 21, 2010                    LOW PRICE LEGAL ADVICE

3
                                              __/s/ Michael L. Schulte_____
4                                             Michael Schulte, attorney for Defendant

5

6
     Dated:  June 24, 2010                    GLYNN & FINLEY, LLP
7

8                                             /s/ Jon A. Eldredge (as authorized on June 24, 2010)
                                              Michael Schulte, attorney for Defendant, on behalf of
9                                             Jon A Eldredge as authorized on June 24, 2010

10

11

12

13

14

15   IT IS SO ORDERED.

16
        Dated:   **June 25, 2010**                       **/s/ Oliver W. Wanger**
17                                                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER TO EXTEND TIME**