GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, State Bar No. 57117
JONATHAN A. ELDREDGE, State Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite, 500
Walnut Creek, CA 94596
Telephone:  (925) 210-2800
Facsimile:  (925) 945-1975
E-mail: cglynn@glynnfinley.com
            jeldredge@glynnfinley.com

KLARQUIST SPARKMAN, LLP
JEFFREY S. LOVE, State Bar No. 195068
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301
E-mail: jeffrey.love@klarquist.com

Attorneys for Plaintiffs
GENERAL ELECTRIC COMPANY AND
GE WIND ENERGY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>     vs.<br><br>THOMAS WILKINS, an individual,<br><br>           Defendant. | **Case No. CV 10-00674-OWW-JLT**<br><br>**ORDER RE JULY 22 AND 28, 2010 SCHEDULING CONFERENCES RE PLAINTIFFS' AND DEFENDANT'S *EX PARTE* REQUESTS TO EXPEDITE THE HEARING DATES ON THEIR RESPECTIVE MOTIONS (DOCKET NOS. 23 AND 27)** |

     This matter came before the Court on Plaintiffs General Electric Company and GE Wind Energy, LLC's (collectively "GE") *Ex Parte* Application for an Order Modifying the Hearing Date on Plaintiffs' Motion for Preliminary Injunction (Docket No. 23), Defendant Thomas Wilkins' ("Wilkins") Motion to Shorten Time on His Motion to Dismiss (Docket No. 27) and GE's July 27, 2010 request for a further scheduling order.  The Court having read and considered

the parties' papers and hearing counsel's argument at the July 22 and 28, 2010 scheduling conferences hereby ORDERS that:

1. GE shall electronically file and serve its motion for a temporary restraining order on July 26, 2010 before 12:00 p.m.
2. Wilkins' opposition to GE's motion for a temporary restraining order shall be electronically filed and served before 5:00 p.m. on August 4, 2010.
3. No reply brief to be submitted.
4. The hearing on GE's motion for a temporary restraining order will take place on August 6, 2010 at 12:00 p.m.
5. GE may take the deposition of Wilkins, and Wilkins may take the deposition of GE's witnesses who filed declarations in support of GE's motion for preliminary injunction. The depositions are to be limited scope depositions to address only the issues in GE's motion. The parties have met and conferred and the depositions are scheduled for:
    a. Thomas Wilkins: August 2, 2010 at Glynn & Finley, LLP's offices in Walnut Creek, CA.
    b. GE's witnesses (James McGinness, David Hunt and Norland Brace): August 3, 2010 at Glynn & Finley, LLP's offices in Walnut Creek, CA.
6. The costs associated with the depositions of Mr. Wilkins and GE's witnesses, including travel, hotel and related costs, and deposition transcript costs, are recoverable pursuant to Federal Rules of Civil Procedure, Rule 54(d) to the prevailing party in this action.
7. The Court will set the hearing dates for GE's motion for preliminary injunction and Wilkins' motion to dismiss after ruling on GE's motion for a temporary restraining order.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

1
2    IT IS SO ORDERED.
3
4  Dated: August 13, 2010
5                                             /s/ OLIVER W. WANGER
                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
ORDER RE JULY 22 AND 28, 2010 SCHEDULING CONFERENCES

PDF created with pdfFactory trial version www.pdffactory.com