1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, State Bar No. 57117
2   JAMES M. HANLON, JR., State Bar No. 214096
    JONATHAN A. ELDREDGE, State Bar No. 238559
3   One Walnut Creek Center
    100 Pringle Avenue, Suite, 500
4   Walnut Creek, CA 94596
    Telephone:  (925) 210-2800
5   Facsimile:  (925) 945-1975
    E-mail: cglynn@glynnfinley.com
6          jeldredge@glynnfinley.com

7   KLARQUIST SPARKMAN, LLP
    JEFFREY S. LOVE, State Bar No. 195068
8   121 S.W. Salmon Street, Suite 1600
    Portland, Oregon  97204-2988
9   Telephone:  (503) 595-5300
    Facsimile:  (503) 595-5301
10  E-mail: jeffrey.love@klarquist.com

11  Attorneys for Plaintiffs
    GENERAL ELECTRIC COMPANY AND
12  GE WIND ENERGY, LLC

13

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THOMAS WILKINS, an individual,<br><br>    Defendant. | **Case No. CV 10-00674-OWW-JLT**<br><br>**ORDER RE: OCTOBER 1, 2010 STATUS CONFERENCE RE: DISPUTE RE: TEMPORARY RESTRAINING ORDER (DOCKET NO. 50)** |

    This matter came before the Court for a status conference regarding a dispute concerning the Stipulated Temporary Restraining Order and Scheduling Order (Docket No. 38).  The Court having read and considered the parties' papers and hearing counsels' argument at the October 1, 2010 status conference, hereby ORDERS as follows:

/ / /

1. The Temporary Restraining Order and Scheduling Order (Docket No. 38) remains in full force and effect until the hearing on plaintiffs General Electric Company's and GE Wind Energy, LLC's (collectively "GE") Motion for Preliminary Injunction (Docket No. 15).

2. The Motion for Preliminary Injunction will be heard on October 18, 2010 at 11:00 a.m. before this Court.

3. Defendant Thomas Wilkins ("Wilkins") may file an opposition to the Motion for Preliminary Injunction on or before October 8, 2010.

4. GE may file a reply brief for the Motion for Preliminary Injunction on or before October 14, 2010 at 12:00 p.m.  GE shall serve the reply and any supporting papers on counsel for Wilkins electronically at the time it is filed.

5. GE may take the deposition of Wilkins, and Wilkins may take the deposition of GE's witnesses who filed declarations in support of GE's Motion for Preliminary Injunction.  The depositions are to be limited-scope depositions to address only the issues in GE's Motion for Preliminary Injunction.  The parties are to meet and confer as to the dates and locations of the depositions, which shall occur in California.  If the parties are unable to agree as to the location, the depositions shall take place at the United States Courthouse located in Fresno, California.

6. The costs associated with the depositions of Mr. Wilkins and GE's witnesses, including travel, hotel and related costs, and deposition transcript costs, are recoverable pursuant to Federal Rules of Civil Procedure, Rule 54(d) to the prevailing party in this action.

IT IS SO ORDERED.

Dated:   **October 5, 2010**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE