GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, State Bar No. 57117
JAMES M. HANLON, JR., State Bar No. 214096
JONATHAN A. ELDREDGE, State Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite, 500
Walnut Creek, CA 94596
Telephone:  (925) 210-2800
Facsimile:  (925) 945-1975
E-mail: cglynn@glynnfinley.com
         jeldredge@glynnfinley.com

KLARQUIST SPARKMAN, LLP
JEFFREY S. LOVE, State Bar No. 195068
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301
E-mail: jeffrey.love@klarquist.com

Attorneys for Plaintiffs
GENERAL ELECTRIC COMPANY AND
GE WIND ENERGY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS WILKINS, an individual,<br><br>　　　　　　Defendant. | **Case No. CV 10-00674-OWW-JLT**<br><br>**STIPULATION AND ORDER RE VIDEOTAPING THOMAS WILKINS' DEPOSITION** |

　　　WHEREAS, Plaintiffs General Electric Company and GE Wind Energy, LLC will take the deposition of Thomas Wilkins on October 12, 2010 at 10:00 a.m. in the United States District Court, Eastern District of California, 2500 Tulare St., Fresno, California 93721;

　　　WHEREAS, Plaintiffs wish to videotape the deposition pursuant to Federal Rules of Civil Procedure, Rule No. 30(b)(3)(A);

STIPULATION AND ORDER RE VIDEOTAPING THOMAS WILKINS' DEPOSITION

1 | THEREFORE, the parties stipulate and agree that:

2 | 1. Plaintiffs may videotape the deposition of Thomas Wilkins on October 12, 2010;

Dated: October 6, 2010

   /s/ Jonathan A. Eldredge____
Jonathan A. Eldredge
Attorney for Plaintiffs

Dated: October 6, 2010

  Refused To Sign (See Attached)
Michael L. Schulte
Attorney for Defendant

THE COURT ORDERS THAT Plaintiffs may videotape the deposition of Thomas Wilkins on October 12, 2010. A copy of this document will be provided to the Court Security Officers.

IT IS SO ORDERED.

Dated:  **October 7, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND ORDER RE VIDEOTAPING THOMAS WILKINS' DEPOSITION