1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, State Bar No. 57117
2  JAMES M. HANLON, JR., State Bar No. 214096
   JONATHAN A. ELDREDGE, State Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite, 500
4  Walnut Creek, CA 94596
   Telephone:  (925) 210-2800
5  Facsimile:  (925) 945-1975
   E-mail: cglynn@glynnfinley.com
6          jeldredge@glynnfinley.com

7  KLARQUIST SPARKMAN, LLP
   JEFFREY S. LOVE, State Bar No. 195068
8  121 S.W. Salmon Street, Suite 1600
   Portland, Oregon  97204-2988
9  Telephone:  (503) 595-5300
   Facsimile:  (503) 595-5301
10 E-mail: jeffrey.love@klarquist.com

11 Attorneys for Plaintiffs
   GENERAL ELECTRIC COMPANY AND
12 GE WIND ENERGY, LLC

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 GENERAL ELECTRIC COMPANY, a New )   Case No. CV 10-00674-OWW-JLT
   York corporation; and GE WIND ENERGY, )
18 LLC, a Delaware limited liability company, )  **ORDER RE: DEFENDANT'S MOTION
                                            )   TO DISMISS (DOCKET NO. 26)**
19             Plaintiffs,                  )
                                            )
20      vs.                                 )
                                            )
21 THOMAS WILKINS, an individual,           )
                                            )
22             Defendant.                   )
                                            )
23

24     This matter came before the Court on Defendant Thomas Wilkins's ("Wilkins") Motion

25 to Dismiss (Docket No. 26).  On September 27, 2010, the Court heard argument from counsel,

26 and on October 7, 2010, the Court issued its Memorandum Decision Regarding Defendant's

27 Motion to Dismiss (Docket No. 58).  On October 12, 2010, the Court amended the scheduling

28

- 1 -

ORDER RE MOTION TO DISMISS

order in its Memorandum Decision by Minute Order (Docket No. 73).  Pursuant to the Court's decision in the Memorandum Decision as amended by the Minute Order, the Court hereby ORDERS that:

    1.    Plaintiffs' Complaint is dismissed without prejudice.

    2.    Plaintiffs shall file an amended complaint by October 14, 2010.

    3.    Defendant shall file a response to the amended complaint by October 29, 2010.

IT IS SO ORDERED.

Dated:   **October 18, 2010**                              **/s/ Oliver W. Wanger**
                                                                               UNITED STATES DISTRICT JUDGE