1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   GENERAL ELECTRIC COMPANY, a New )      1:10-cv-0674 OWW JLT
    York corporation; and GE WIND   )
10  ENERGY, LLC, a Delaware limited  )      ORDER DENYING REQUEST FOR
    liability company,               )      LEAVE TO FILE SUPPLEMENTAL
11                                    )      OPPOSITION TO GE'S MOTION
                    Plaintiffs,       )      FOR PRELIMINARY INJUNCTION
12                                    )
13         v.                         )
                                      )
14  THOMAS WILKINS, an individual,    )
                                      )
15                  Defendant.        )
                                      )
16  _____ )

17

18        Defendant, Thomas Wilkins, has filed a request for leave to

19   "file supplemental opposition to GE's motion for preliminary

20   injunction."

21        This matter has been the subject of highly contentious

22   disputes among counsel over what subject matter was in dispute

23   and whether it was appropriate to hold a hearing on an

24   application for preliminary injunction filed by Plaintiff in July

25   2010, and set for hearing October 18, 2010.  With full knowledge

26   of that dispute and potential consequences, Defendant elected to

27   submit the authorities, evidence, request for judicial notice,

28   and argument presented at the hearing of the motion.

                              1

1    Plaintiffs correctly assert that Defendant's request is a
2 disguised motion for reconsideration that does not comply with
3 the requirements of California Eastern District Local Rule of
4 Court 230(j).

5    The motion for preliminary injunction was originally filed
6 July 9, 2010.  Defendant has had more than three months to
7 prepare to oppose the motion and for its hearing.  The briefing
8 schedule for the motion was set October 1, 2010 and in view of
9 objections asserted by Defendant, a clarifying order was issued
10 October 12, 2010 to inform the parties that the hearing on the
11 preliminary injunction motion would go forward on October 18,
12 2010.

13    Defendant's counsel made an informed and voluntary strategic
14 decision to proceed with the opposition and argument submitted.

15    The motion for preliminary injunction has been ruled upon in
16 open court, an oral order and statement of decision was stated on
17 the record, and is awaiting formalization through findings and
18 conclusions and a written order.  The Request is DENIED.

19

20 IT IS SO ORDERED.

21 Dated:    October 21, 2010              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28