1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, State Bar No. 57117
2   JONATHAN A. ELDREDGE, State Bar No. 238559
    One Walnut Creek Center
3   100 Pringle Avenue, Suite, 500
    Walnut Creek, CA 94596
4   Telephone:  (925) 210-2800
    Facsimile:  (925) 945-1975
5   E-mail: cglynn@glynnfinley.com
            jeldredge@glynnfinley.com
6
    KLARQUIST SPARKMAN, LLP
7   JEFFREY S. LOVE, State Bar No. 195068
    121 S.W. Salmon Street, Suite 1600
8   Portland, Oregon  97204-2988
    Telephone:  (503) 595-5300
9   Facsimile:  (503) 595-5301
    E-mail: jeffrey.love@klarquist.com
10
    Attorneys for Plaintiffs
11  GENERAL ELECTRIC COMPANY AND
    GE WIND ENERGY, LLC
12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15
                                    )   **Case No. CV 10-00674-OWW-JLT**
16  GENERAL ELECTRIC COMPANY, a New )
    York corporation; and GE WIND ENERGY, )   **ORDER RE NOVEMBER 30, 2010**
17  LLC, a Delaware limited liability company, )   **STATUS CONFERENCE**
                                    )
18              Plaintiffs,         )
                                    )
19      vs.                         )
                                    )
20  THOMAS WILKINS, an individual,  )
                                    )
21              Defendant.          )
    _____)
22  _____

23

24          This matter came before the Court for a status conference on November 30, 2010.  The

25  Court having read and considered the parties' papers and, based on the agreement of counsel,

26  hereby ORDERS that:

27

28

                                  - 1 -
                ORDER RE NOVEMBER 30, 2010 STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1   1.   Defendant shall file his response to Plaintiff's OSC Re Contempt by 12/7/2010.

2       No Reply.

3   2.   The initial scheduling conference set for March 4, 2011 is advanced to February

4       18, 2011 at 8:15 a.m.

5   3.   The parties shall file a joint scheduling conference statement on or before February

6       10, 2011.

7   4.   The parties shall exchange Federal Rules of Civil Procedure, Rule 26 Initial

8       Disclosures on or before January 14, 2011.

9

10      IT IS SO ORDERED.

11

12  Dated: December 16, 2010

13                          /s/ OLIVER W. WANGER
                            United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

ORDER RE NOVEMBER 30, 2010 STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com