UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARIO BARRAZA, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>SHAFTER POLICE DEPARTMENT, et al., <br><br>　　　　　Defendants. | Case No.: 1:10-cv-01090 LJO JLT <br><br> ORDER GRANTING PRO HAC VICE APPLICATIONS OF FILIBERTO AGUSTI, SETH WATKINS AND CHARLES COLE <br><br>(Docs. 128, 129, 130) |

On December 22, 2010, attorneys Filiberto Agusti, Seth Watkins and Charles Cole filed applications to appear pro hac vice as counsel for Plaintiff Hilario Barraza pursuant to the provision of Local Rule 180(b)(2). (Docs. 128, 129, 130) The applications appearing in order and the requisite fees having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated:  **December 23, 2010**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE