1  Daniel R. Blakey (State Bar No. 143748)
   **STEPTOE & JOHNSON LLP**
2  633 West Fifth Street, Suite 700
   Los Angeles, California 90071
3  Phone: (213) 439-9400
   Facsimile: (213) 439-9599
4  Email: dblakey@steptoe.com

5  Filiberto Agusti (admitted *pro hac vice*)
   Charles G. Cole (admitted *pro hac vice*)
6  Steven J. Barber (State Bar No. 145645)
   Seth A. Watkins (admitted *pro hac vice*)
7  **STEPTOE & JOHNSON LLP**
   1330 Connecticut Avenue, NW
8  Washington, DC 20036
   Phone: (202) 429-3000
9  Facsimile: (202) 429-3902
   Email: fagusti@steptoe.com
10         ccole@steptoe.com
           sbarber@steptoe.com
11         sethwatkins@steptoe.com

12  Attorneys for Intervenors
    Mitsubishi Heavy Industries, Ltd. and
13  Mitsubishi Power Systems Americas, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS WILKINS, an individual, <br><br> Defendant. | 1:10-cv-00674-OWW-JLT <br><br> **ORDER GRANTING MOTION TO INTERVENE** |

For the reasons stated in the memorandum decision dated February 11, 2011 (Doc. 161), the Court finds that applicants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. have met the requirements for intervention as of right pursuant to Fed. R. Civ. P. 24(a)(2). Accordingly, it is hereby ORDERED that:

1. The motion of Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. to intervene as party defendants pursuant to Fed. R. Civ. P. 24(a)(2) is GRANTED; and

2. Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. shall file an answer if and when an answer becomes due for defendant Thomas Wilkins.

**IT IS SO ORDERED.**

Dated: February 25, 2011        /s/ OLIVER W. WANGER
                                United States District Court Judge

ORDER GRANTING MOTION TO INTERVENE

PDF created with pdfFactory trial version www.pdffactory.com