William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Thomas W. Winland
Tyler Akagi
Susan Tull
Finnegan Henderson Farabow Garrett
  & Dunner, LLP
901 New York Ave. NW
Washington, DC. 20001-4413
Telephone (202) 408-4000
Facsimile (202) 408-4400
Email:  tom.winland@finnegan.com
        tyler.akagi@finnegan.com
        susan.tull@finnegan.com

Roger D. Taylor
Finnegan Henderson Farabow Garrett
  & Dunner, LLP
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308-3263
Telephone (404) 653-6400
Facsimile (404) 653-6444
Email: roger.taylor@finnegan.com

Attorneys for Defendant: THOMAS WILKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation, and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>          Plaintiff(s),<br><br>     v.<br><br>THOMAS WILKINS, an individual,<br><br>          Defendant(s). | Case No. 1:10-cv-00674-OWW-JLT<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS [Dkt 97]**<br><br>Date:  January 24, 2011<br>Time:  10:00 a.m.<br>Courtroom: 3<br><br>Judge:  Hon. Oliver W. Wanger |

1   The hearing on the motion by Plaintiffs General Electric Co. and GE Wind Energy,
2   LLC for discovery sanctions came on regularly for hearing on January 24, 2011 before the
3   Hon. Oliver W. Wanger, United States District Judge, presiding; James Hanlon and Jonathan
4   Eldredge of Glynn & Finley appeared on behalf of Plaintiffs; Thomas W. Winland of Finnegan
5   Henderson Farrabow Garrett & Dunner, LLP and William C. Hahesy of the Law Offices of
6   William C. Hahesy appeared on behalf of Thomas Wilkins.
7   The Court having reviewed the moving and opposing papers and considering oral
8   argument thereon and good cause appearing therefor:
9   IT IS HEREBY ORDERED that the motion is denied.

DATED:  April 26, 2011            /s/ OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE

10cv674.Order re Sanctions.doc          2

**ORDER DENYING PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS [Dkt 97]**

PDF created with pdfFactory trial version www.pdffactory.com