1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York Corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS WILKINS, an individual,<br><br>　　　　　Defendant.<br><br>THOMAS WILKINS, an individual; MITSUBISHI HEAVY INDUSTRIES, LTD., a Japanese Corporation; and MITSUBISHI POWER SYSTEMS AMERICAS, INC., a Florida Corporation,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY, a New York Corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>　　　　　Counter-Defendants. | Case No. 1:10-cv-00674-OWW-JLT<br><br>**ORDER ON  STIPULATED PROTECTIVE ORDER** |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated **STIPULATED PROTECTIVE ORDER** is sanctioned by the Court, and shall be and now is the Order of the Court.

**THE COURT HEREBY ORDERS AS FOLLOWS**:

　　1.　　All Parties in this action shall abide by the terms of this **STIPULATED PROTECTIVE ORDER** as to the disclosure of any all documents and information designated

1  "CONFIDENTIAL," "HIGHLY CONFIDENTIAL  ATTORNEYS' EYES ONLY," or "HIGHLY
2  CONFIDENTIAL  SOURCE CODE" that are produced in connection with this case.

3  ~~2.   The Clerk of the Court is herby directed to file under seal pursuant to Local Rule 39-~~
4  ~~141 all documents marked "CONFIDENTIAL," "HIGHLY CONFIDENTIAL  ATTORNEYS'~~
5  ~~EYES ONLY," or "HIGHLY CONFIDENTIAL  SOURCE CODE," and/or any and all pleadings~~
6  ~~in which information from said documents (or parts thereof) is contained or disclosed, without~~
7  ~~further order of this Court.  This Order shall suffice for all purposes with regard to the Clerk of this~~
8  ~~Court accepting the filing of said documents or pleadings under seal.  The Party seeking to file said~~
9  ~~documents or pleadings shall present a copy of this Order to the Clerk at the time of presentment~~
10 ~~of said documents or pleadings for filing under seal.  No further order of this Court is necessary.~~

11  2.   The party seeking to file any document protected by this order, SHALL comply with
12  Local Rule 141.

13
14  IT IS SO ORDERED.

15  Dated:   **July 15, 2011**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE