**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation, and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>THOMAS WILKINS, an individual,<br><br>        Defendant.<br>_____<br><br>AND RELATED COUNTER-CLAIM.<br>_____ | 1:10-cv-0674 OWW JLT<br><br>ORDER RE: MID-DISCOVERY STATUS |

I.   Date of Mid-Discovery Status Conference.

    July 26, 2011.

II.  Appearances Of Counsel.

    McCormick, Barstow, Sheppard, Wayte & Carruth by Lowell T. Carruth, Esq., and Wilmer, Cutler, Pickering, Hale and Dorr by Andrea Jeffries, Esq. and Elizabeth M. Reilly, Esq., appeared on behalf of Plaintiffs.

    William C. Hahesy, Esq., and Finnegan Henderson Farabow Garrett & Dunner by Thomas Winland, Esq., and Tyler Akagi, Esq., appeared on behalf of Defendant Thomas Wilkins.

1

Steptoe & Johnson by  Barber, Esq., appeared on behalf of Counter-Claimant Mitsubishi Heavy Industries, Ltd., and Mitsubishi Power Systems Americas, Inc.

III. Protective Order.

1. The parties advise that they have agreed to a form of protective order that shall apply to all documents in this case and that that protective order has been signed and entered by the Court.

IV. Status of Discovery Responses.

1. The parties have met and conferred and have reached agreement that General Electric shall expand its discovery responses, including answers to interrogatories and responses to requests for production of documents. The parties have agreed that they shall endeavor to reach agreement on or before August 26, 2011. The parties shall notify the Court whether they have reached agreement and, in the event that they do not, they shall request a discovery conference with the Court and/or file appropriate motions for resolution of existing discovery disputes in accordance with Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California.

IT IS SO ORDERED.

**Dated:   July 26, 2011**                          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE