| | |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP<br>WILLIAM F. LEE (admitted *pro hac vice*)<br>RICHARD W. O'NEILL (admitted *pro hac vice*)<br>ELIZABETH M. REILLY (admitted *pro hac vice*)<br>LOUIS W. TOMPROS (admitted *pro hac vice*)<br>ADAM S. GERSHENSON (admitted *pro hac vice*)<br>ALEX C. BOUDREAU (admitted *pro hac vice*)<br>60 State Street<br>Boston, MA 02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 | (SPACE BELOW FOR FILING STAMP ONLY) |

WILMER CUTLER PICKERING HALE & DORR LLP
ANDREA JEFFRIES (State Bar No. 180408)
350 South Grand Avenue, Suit 2100
Los Angeles, CA 90071
Telephone: (213) 443-5397
Facsimile:  (213) 443-5400

Lowell T. Carruth, # 034065
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Plaintiffs
GENERAL ELECTRIC COMPANY AND
GE WIND ENERGY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | Case No.  1:10-CV-00674-OWW-JLT<br><br>**ORDER RE: GENERAL ELECTRIC COMPANY AND GE WIND ENERGY LLC'S MOTION TO DISMISS (DOCKET NO. 192)** |

///

///

30740/00007-1781393.v1

Plaintiffs General Electric Company and GE Wind Energy LLC's Motion to Dismiss (Docket No. 192) came on regularly for hearing on June 27, 2011. Appearing on behalf of the Plaintiff, GENERAL ELECTRIC COMPANY, were Lowell T. Carruth and Andrea W. Jeffries. Appearing on behalf of Defendant Thomas Wilkins was William C. Hahesy. Appearing on behalf of Intervenor, Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc., was Steven J. Barber. The Court heard argument from counsel. The Court, after reviewing all points and authorities submitted on behalf of all parties and oral argument, issues the Order attached hereto as Exhibit "A" and incorporated by reference herein as if set forth in full. Specifically,

    1.    Defendant's conversion and unjust enrichment counterclaims are DISMISSED, without prejudice; and

    2.    Defendant shall file an amended counterclaim within fifteen days following electronic service of this memorandum decision. Plaintiff shall file its reply within fifteen days following service of any amended counterclaim.

**ORDER**

IT IS SO ORDERED.

Dated: **August 9, 2011**     /s/ **Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

30740/00007-1781393.v1