IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>THOMAS WILKINS, an individual<br><br>  Defendant. | Case No.: 1:10-cv-00674 LJO JLT<br><br>ORDER GRANTING IN PART STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 250) |

Before the Court is the stipulation of the parties to modify the scheduling order by three months. In light of the recency of the settling of the pleadings and the extensive document production that has occurred and will occur and the complication posed to discovery caused by production of documents by German Enron Wind, the Court finds good cause to modify the scheduling order. However, some of the dates proposed by the parties are not workable for the Court.

Therefore and the Court **GRANTS IN PART** the stipulation extending time of deadlines as follows:

 1. Discovery to be completed no later than:           2/23/12
 2. Expert disclosures to be made no later than:       3/15/12
 3. Rebuttal expert disclosures to be made no later than:4/12/12
 4. Non-dispositive motion filing deadline:            5/11/12

1

5. Non-dispositive motion hearing deadline:     6/8/12
6. Dispositive motion filing deadline:          6/22/12
Dispositive motion hearing deadline:            8/7/12, 8:30 a.m., Courtroom 4
Pre-Trial Conference:                           9/20/12, 8:30 a.m., Courtroom 4
Trial:                                          11/6/12, 8:30 a.m., Courtroom 4

IT IS SO ORDERED.

Dated:   **October 17, 2011**                                **/s/ Jennifer L. Thurston**
                                                                                                     UNITED STATES MAGISTRATE JUDGE