**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., | Case No.: 1:10-cv-00674 OWW JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO "REUSE" DISCOVERY PROPOUNDED IN AN ALLIED MATTER |
| v. | |
| THOMAS WILKINS, an individual | (Doc. 258) |
| Defendant. | |

Before the Court is the stipulation of the parties to permit the "reuse" of documents produced in discovery in the ITC case entitled, <u>In the Matter of Certain Variable Speed Wind Turbines and Components Thereof</u>, Case No. ITC Inv. No. 337-TA-641. (Doc. 258)

In the stipulation, the parties agree that any discovery produced in the ITC investigation by GE, Mr. Wilkins or Mitsubishi, may be used in this litigation as if it were produced in this litigation. (Doc. 258 at 3) The only proviso is that matters covered by a protective order would remain protected according to the confidentiality requirements already in place and that the parties agree that the reused documents may be used in discovery but no party waives any objections to the admissibility of the documents. <u>Id</u>. The parties agree that the ITC documents marked as "Confidential Business Information," will be marked as "Highly Confidential - Attorneys' Eyes Only" as set forth in the protective order signed by this Court on July 15, 2011 (Doc. 236). <u>Id.</u>

1 |       Based upon the agreement of the parties and good cause appearing, the stipulation of the parties
2 | is **GRANTED**.
3 |
4 | IT IS SO ORDERED.
5 | Dated:   **December 27, 2011**                                              /s/ Jennifer L. Thurston
6 |                                                                 UNITED STATES MAGISTRATE JUDGE