# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., ) | Case No.: 1:10-cv-00674 LJO JLT |
| Plaintiffs, ) ) | ORDER GRANTING REQUEST TO CONTINUE SETTLEMENT CONFERENCE |
| v. ) | |
| THOMAS WILKINS, an individual ) | |
| Defendant. ) | |

On January 19, 2012, the Court held a telephonic conference at which counsel reported that the case will not be in a settlement posture by the time of the settlement conference, currently set on February 6, 2012. Therefore, good cause appearing, the Court **ORDERS**:

1. The settlement conference currently set on February 6, 2012 is **CONTINUED** to March 28, 2012 at 10:30 a.m. at the chambers of Hon. Jennifer L. Thurston, located at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA;

2. Counsel **SHALL** e-mail their confidential settlement conference statement that details the topics set forth at pages 42-43 of the scheduling order (Doc. 191), no later than five court days before the conference. In the event that the matter is not in a settlement posture by the time of the continued settlement conference, counsel **SHALL** file a joint statement in lieu of their confidential settlement conference statements setting forth whether the conference should be vacated or continued

1

1  to another date.

3  IT IS SO ORDERED.

4  Dated:   **January 19, 2012**                                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE