1  Daniel R. Blakey (State Bar No. 143748)
   **STEPTOE & JOHNSON LLP**
2  633 West Fifth Street, Suite 700
   Los Angeles, California 90071
3  (213) 439-9400

4  Filiberto Agusti (*pro hac vice*)
   Charles G. Cole (*pro hac vice*)
5  Steven J. Barber (State Bar No. 145645)
   Alice E. Loughran (pro hac vice)
6  Seth A. Watkins (*pro hac vice*)
   **STEPTOE & JOHNSON LLP**
7  1330 Connecticut Avenue, NW
   Washington, DC 20036
8  (202) 429-3000

9  Attorneys for Defendants
   Mitsubishi Heavy Industries, Ltd. and
10 Mitsubishi Power Systems Americas, Inc.

11 **UNITED STATES DISTRICT COURT FOR THE**

12 **EASTERN DISTRICT OF CALIFORNIA**

GENERAL ELECTRIC COMPANY, et al,

Plaintiffs,

v.

THOMAS WILKINS, an individual,

Defendant.

Case No. CV 10-00674-LJO-JLT

**ORDER GRANTING IN PART EX PARTE APPLICATION TO SHORTEN TIME ON MOTION UNDER RULE 26(b)(5)(B)**

Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. ("Mitsubishi") have requested an Order shortening the time for briefing and consideration of Mitsubishi's Motion Under Rule 26(b)(5)(B), pursuant to Fed. R. Civ. P. 6 and Local Rule 144(e).

Good cause appearing, the Court **GRANTS IN PART** Mitsubishi's request, as follows:

1. The parties' **SHALL** file a joint statement re: discovery dispute no later than February 7, 2012. Counsel for the parties **SHALL** cooperate with developing the joint statements. No other briefs will be accepted by the Court as to this dispute.

2. Exhibits to the joint statement, if any, **SHALL NOT** exceed 15 pages per party.

3. The hearing on the dispute **SHALL** be set on February 14, 2012 at 9:00 a.m. at the United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, California. Counsel are authorized to appear by telephone via CourtCall. If they wish to appear by telephone, they **SHALL** notify the Court of this fact by e-mailing their CourtCall confirmation to JLTOrders@caed.uscourts.gov no later than February 10, 2012.

IT IS SO ORDERED.

Dated:   **February 1, 2012**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

ORDER ON APPLICATION TO SHORTEN TIME