# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., ) | Case No.: 1:10-cv-00674 LJO JLT |
| Plaintiffs, ) | ORDER GRANTING EX PARTE REQUEST FOR VIDEOTAPING WITHIN THE ATTORNEY'S CONFERENCE ROOM ONLY |
| v. ) | |
| THOMAS WILKINS, an individual ) | (Doc. 296) |
| Defendant. ) | |

Before the Court is Defendant's request related to his own deposition set to occur on February 17, 2012. (Doc. 296) Mr. Wilkins reports that his deposition will occur at the United States District Courthouse in Fresno, within the attorneys' conference room. Id. He provides a copy of documents evidencing his reservation of the attorneys' conference room for this purpose. Id. at 6-7. The current request relates to the fact that the deposition will be reported and video recorded. As such, Mr. Wilkins seeks permission for the videographer and the court reporter to bring their equipment into the courthouse.

Therefore, good cause appearing, the Court **ORDERS**:

1. Subject to security screening, the parties are permitted to bring with them into the Courthouse, a court reporter and a videographer for the deposition of Thomas Wilkins on February 17, 2012;

a. Subject to security screening, the court reporter and the videographer are permitted to bring with them into the courthouse the equipment necessary to record the deposition of Mr. Wilkins;

b. The videographer SHALL take video only during the deposition and only of the proceedings of the deposition. No other video recording SHALL be permitted on the courthouse premises. Counsel for all parties are charged with the responsibility of ensuring compliance with this order by the videographer.

IT IS SO ORDERED.

Dated: **February 13, 2012**         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE