UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, et al., | ) | Case No.: 1:10-cv-00674 LJO JLT |
| Plaintiffs, | ) ) | ORDER DENYING DEFENDANT'S REQUEST TO SEAL DOCUMENTS |
| v. | ) ) | WITHOUT PREJUDICE |
| THOMAS WILKINS, an individual | ) ) | (Doc. 294) |
| Defendant. | ) ) | |

Before the Court is Wilkins' request to seal documents. (Doc. 294) Wilkins seeks to use these documents in his arguments related to Mitsubishi's motion to compel and determination of privilege claims. (Doc. 279) He recognizes the potentially sensitive information contained in the documents and seeks, therefore, an order filing the documents under seal.

However, a cursory review of the documents Wilkins seeks to have filed under seal reveals that most, if not all, have been filed under seal already. (Docs. 286, 293) The Court lacks the time and the willingness to cull through the more than 60 pages of documents that Wilkins seeks to have filed under seal to determine which of these documents, if any, have not already been filed in relation to the current motion.

///

///

1

1   Therefore, the request to file the documents under seal is **DENIED**.  Defendant may
2   renew his request to seal only those documents that are not already on file related to the motion at
3   issue.

5   IT IS SO ORDERED.

6   Dated:  **February 14, 2012**                              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE