1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., ) | Case No.: 1:10-cv-00674 LJO JLT |
| ) | |
| Plaintiffs, ) | ORDER GRANTING REQUEST TO SEAL |
| ) | DOCUMENTS |
| v. ) | |
| ) | (Doc. 305) |
| THOMAS WILKINS, an individual ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

11
12
13
14
15
16

17    Before the Court is Wilkins' Request to Seal Documents related to the current discovery

18  dispute (Doc. 279).  (Doc. 305)

19    A motion to seal documents that are not part of the judicial record, such as "private

20  materials unearthed during discovery," is governed by Federal Rule of Civil Procedure 26(c).

21  Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. Cal. 2010).  Under Federal Rule of

22  Civil Procedure 26(c), the Court may issue orders to "protect a party or person from annoyance,

23  embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade

24  secret or other confidential research, development, or commercial information not be revealed or

25  be revealed only in a specified way."

26    To make the determination whether documents should be sealed, the Court must evaluate

27  whether "'good cause' exists to protect th[e] information from being disclosed to the public by

28

1   balancing the needs for discovery against the need for confidentiality.'" Pintos, 605 F.3d at 678

2   (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp., 307 F.3d 1206, 1213 (9th Cir.

3   2002))

4        Once again, the documents at issue related to this motion appear to be internal

5   communications related to the patent application(s) for the intellectual property at issue.  They

6   appear to be directed to or are authored by an attorney employed by GE Power Systems.  The

7   Court finds that the two documents making up this exhibit appears is confidential information

8   not otherwise available or known to the public.  Likewise, the Court finds that the need to

9   maintain the confidentiality of this material outweighs the need for public disclosure. Therefore,

10   as to these materials, the motion is **GRANTED**.

11        Therefore, good cause appearing,

12   1.      The Court **ORDERS** the following to be **SEALED**:

13        a.      The two documents related to the Motion to Compel and Determination of

14   Privilege Claims, lodged with the Court;

15   2.      Within two days, Counsel for Mr. Wilkins is ORDERED to provide the Court, via

16   e-mail to JLTOrders@caed.uscourts.gov, a copy of the documents to be sealed.[1]

17   IT IS SO ORDERED.

18   Dated:   **February 16, 2012**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27        [1]When lodged before, they were attached to the motion to seal.  The Court needs them as a stand-alone .pdf
28   document, without them being attached to the motion.