1  Filiberto Agusti (*pro hac vice*)
   Steven J. Barber (Bar No. 145645)
2  Seth A. Watkins (*pro hac vice*)
   Andrew J. Sloniewsky (*pro hac vice*)
3  Steptoe & Johnson LLP
   1330 Connecticut Avenue, NW
4  Washington, DC 20036
   (202) 429-3000
5
   Attorneys for Intervenor Defendants
6  Mitsubishi Heavy Industries, Ltd. and
   Mitsubishi Power Systems Americas, Inc.
7
   Thomas W. Winland (*pro hac vice*)
8  Tyler M. Akagi (*pro hac vice*)
   Finnegan Henderson Farabow Garrett and
9  Dunner, LLP
   901 New York Avenue NW
10 Washington, DC 20001
   (202) 408-4085
11
   William C. Hahesy (Bar No. 105743)
12 Law Offices of William C. Hahesy
   225 West Shaw Avenue
13 Suite 105
   Fresno, CA 93704
14 (559) 579-1230

15 Attorneys for Defendant Thomas A.
   Wilkins

Andrea Weiss Jeffries (Bar No. 180408)
Wilmer Cutler Pickering Hale And Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5397

Elizabeth Reilly (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Alexandra C. Boudreau (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6336

Lowell T. Carruth (Bar No. 34065)
McCormick Barstow Sheppard Wayte and
Carruth LLP
5 River Park Place East
PO Box 28912
Fresno, CA 93729-8912

Attorneys for Plaintiffs General Electric
Company and GE Wind Energy, LLC

16

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | **Case No. CV 10-00674-LJO-JLT**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: POSTPONEMENT OF CERTAIN DEPOSITIONS** |

1    Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems
2 Americas, Inc. (collectively, Mitsubishi), Defendant Thomas A. Wilkins (Mr. Wilkins),
3 and Plaintiffs General Electric Company and GE Wind Energy, Inc. (collectively, GE),
4 through their counsel, hereby stipulate as follows:

5 1.    The parties are currently preparing a Joint Discovery Statement regarding certain
6 documents that were produced to counsel for Mitsubishi and counsel for Mr. Wilkins, but
7 which GE alleges are privileged.

8 2.    The Court has scheduled a March 5, 2012 hearing to address the issues raised by
9 the Joint Discovery Statement.

10 3.    Mitsubishi and Mr. Wilkins desire to take the depositions of certain witnesses who
11 authored, received, or are believed to have knowledge of the allegedly privileged
12 documents addressed in the Joint Discovery Statement.

13 4.    Mitsubishi and Mr. Wilkins believe that their questioning of these witnesses will
14 be unduly constrained if the witnesses are not shown the subject documents during their
15 depositions.

16 5.    The parties have recently reached agreement, subject to approval of this Court, to
17 postpone the depositions of the eight witnesses listed below until after resolution by the
18 Court of issues raised by the Joint Discovery Statement.

19 6.    In particular, the parties have agreed to postpone the depositions of Ralph
20 Blakemore; Craig Christenson; James Fogarty; Till Hoffmann; Frank Landgraff; James
21 Lyons; Lisa Moyles; and Thomas Wagner, subject to approval of this Court.

22 7.    The parties have further agreed that other scheduled depositions will proceed as
23 scheduled prior to the February 23 fact discovery cutoff date, that postponement of the
24 foregoing eight depositions would not justify the service of any additional discovery
25 requests in this case, and that the postponement would not prejudice Mitsubishi's or Mr.
26 Wilkins' rights in the future to seek to reopen any depositions taken before the March 5,
27 2012 hearing date.

28

8. The parties have also discussed the fact that the current scheduling order in this case (Dkt. #251) provides for an expert disclosure deadline of March 15, 2012, and an expert rebuttal deadline of April 12, 2012.

9. The parties have recognized that the prior scheduling order (Dkt. #191), through an oversight, currently imposes a January 27, 2012 expert discovery deadline, and that this deadline should have been changed when the current order was issued altering the expert disclosure deadline.

10. The parties anticipate that, as a result of the proposed postponement of the eight depositions identified above, some or all of the foregoing expert deadlines may require minor adjustment.

11. The parties have agreed to work together to reach a reasonable accommodation regarding the changes, if any, to the foregoing expert deadlines once the Court resolves the privilege issues raised by the Joint Discovery Statement. The parties would then submit their proposed changes to the Court for approval.

12. The parties do not currently believe that the postponement of the eight depositions will require adjustment in any deadlines that directly involve the Court, such as the May 11, 2012 non-dispositive motion deadline or the November 6, 2012 trial date. But through this stipulation, the parties do not intend to prejudice their right to request postponement of any such deadlines in the future, should good cause arise.

Dated: Feb. 17, 2012           By: /s/          Andrew J. Sloniewsky
                                    Filiberto Agusti (*pro hac vice*)
                                    Steven J. Barber (State Bar No. 145645)
                                    Seth Watkins (*pro hac vice*)
                                    Andrew J. Sloniewsky (*pro hac vice*)
                                    STEPTOE & JOHNSON LLP

                                    Attorneys for Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.

Dated: Feb. 17, 2012     By:   /s/        Thomas Winland
                               Thomas W. Winland (*pro hac vice*)
                               Finnegan Henderson Farabow Garrett and
                               Dunner, LLP
                               901 New York Avenue NW
                               Washington, DC 20001
                               Attorneys for Thomas A. Wilkins

Dated: Feb. 17, 2012     By: /s/        Louis Tompros
                              Louis Tompros (*pro hac vice*)
                              WilmerHale
                              60 State Street
                              Boston MA  02109

                              Attorneys for Plaintiffs General Electric
                              Company and GE Wind Energy, LLC

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The depositions of Ralph Blakemore, Craig Christenson, James Fogarty, Till Hoffmann, Frank Landgraff, James Lyons, Lisa Moyles and Thomas Wagner **SHALL occur no later than March 23, 2012** regardless of the outcome of Mitsubishi's discovery motion (Doc. 279);

2. Expert discovery **SHALL** be completed **no later than May 4, 2012**;

3. No other modifications to the scheduling order are authorized.

The parties are advised that no other amendments to the scheduling order will be authorized absent a showing of exceptionally good cause. Generally, delayed discovery will not constitute exceptionally good cause.

IT IS SO ORDERED.

Dated:  **February 21, 2012**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE