Thomas W. Winland (*pro hac vice*)
Tyler M. Akagi (*pro hac vice*)
Finnegan Henderson Farabow Garrett and Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
(202) 408-4085

William C. Hahesy (Bar No. 105743)
Law Offices of William C. Hahesy
225 West Shaw Avenue
Suite 105
Fresno, CA 93704
(559) 579-1230

Attorneys for Defendant Thomas A. Wilkins

Filiberto Agusti (*pro hac vice*)
Steven J. Barber (Bar No. 145645)
Seth A. Watkins (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Attorneys for Intervenor Defendants
Mitsubishi Heavy Industries, Ltd. and

Mitsubishi Power Systems Americas, Inc.

Andrea Weiss Jeffries (Bar No. 180408)
Wilmer Cutler Pickering Hale And Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5397

Elizabeth Reilly (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Alexandra C. Boudreau (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6336

Lowell T. Carruth (Bar No. 34065)
McCormick Barstow Sheppard Wayte and Carruth LLP
5 River Park Place East
PO Box 28912
Fresno, CA 93729-8912

Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | **Case No. CV 10-00674-LJO-JLT**<br><br>**STIPULATION AND ORDER RE: POSTPONEMENT OF DEPOSITION OF NORLAND BRACE DUE TO ILLNESS**<br><br>**(Doc. 313)** |

1     Defendant Thomas A. Wilkins (Mr. Wilkins), Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, Mitsubishi), and Plaintiffs General Electric Company and GE Wind Energy, Inc. (collectively, GE), through their counsel, hereby stipulate subject to the approval of the Court as follows:

1. The deposition of GE's Norland Brace was scheduled to occur in this case on February 23, 2012, the fact discovery cut-off date.

2. On the afternoon of February 21, GE informed Mitsubishi and Mr. Wilkins that Mr. Brace was ill and that he could not proceed with the deposition as scheduled.

3. The parties understand the need to avoid undue delay as reflected in the Court's February 21, 2012, Stipulated Order. They do not lightly approach the Court regarding additional exceptions to applicable deadlines, but feel that such delay is justified in this case due to Mr. Brace's indisposition.

4. The parties believe that Mr. Brace's illness constitutes "exceptional good cause" within the meaning of the Court's Stipulated Order, warranting the postponement of his deposition for a few days.

5. Subject to the approval of the Court, the parties jointly request that Mr. Brace's rescheduled deposition be allowed to occur on March 7, 2012, which is the first day that Mr. Brace is available.

6. Permitting such a postponement of the deposition would not require adjustment of any other deadlines in this case, but permit timely completion of applicable discovery.

Dated: Feb. 22, 2012    By: /s/    Thomas Winland
    Thomas W. Winland (*pro hac vice*)
    Finnegan Henderson Farabow Garrett and Dunner, LLP
    901 New York Avenue NW
    Washington, DC 20001
    Attorneys for Thomas A. Wilkins

Dated: Feb. 22, 2012    By: /s/    Andrew J. Sloniewsky
    Filiberto Agusti (*pro hac vice*)
    Steven J. Barber (State Bar No. 145645)

|   |   |
|---|---|
|   | Seth Watkins (*pro hac vice*)<br>Andrew J. Sloniewsky (*pro hac vice*)<br>STEPTOE & JOHNSON LLP |
|   | Attorneys for Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. |
| Dated: Feb. 22, 2012 | By: /s/         Elizabeth M. Reilly<br>Elizabeth M. Reilly (*pro hac vice*)<br>WilmerHale<br>60 State Street<br>Boston MA  02109 |
|   | Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC |

### **ORDER**

Based upon the illness of deponent, Norland Brace, the Court **GRANTS** the stipulation of the parties to allow his deposition to occur out-of-time and on March 7, 2012.

IT IS SO ORDERED.

  Dated:   **February 22, 2012**          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE