1  Daniel R. Blakey (State Bar No. 143748)
   **STEPTOE & JOHNSON LLP**
2  633 West Fifth Street, Suite 700
   Los Angeles, California 90071
3  (213) 439-9400

4  Filiberto Agusti (*pro hac vice*)
   Charles G. Cole (*pro hac vice*)
5  Steven J. Barber (State Bar No. 145645)
   Alice E. Loughran (pro hac vice)
6  Seth A. Watkins (*pro hac vice*)
   **STEPTOE & JOHNSON LLP**
7  1330 Connecticut Avenue, NW
   Washington, DC 20036
8  (202) 429-3000

9  Attorneys for Defendants
   Mitsubishi Heavy Industries, Ltd. and
10 Mitsubishi Power Systems Americas, Inc.

11 **UNITED STATES DISTRICT COURT FOR THE**

12 **EASTERN DISTRICT OF CALIFORNIA**

| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | Case No. 1:10-cv-00674 LJO JLT<br><br>**ORDER GRANTING REQUEST TO WITHDRAW MOTION**<br><br>**(Doc. 311)** |
|---|---|

ORDER GRANTING REQUEST TO WITHDRAW MOTION

By agreement of the parties, the motion of defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. ("Mitsubishi") to compel and for a determination of privilege claims pursuant to Rule 26(b)(5)(B) of previously produced documents (Doc. 279) is withdrawn.

    1.    The Clerk of the Court is DIRECTED to remove Mitsubishi's motion from the Court's March 5 calendar.

    2.    The request that the Clerk be directed to destroy the documents filed under seal by Mitsubishi and defendant Thomas Wilkins related to this motion is DENIED.

IT IS SO ORDERED.

Dated: **February 23, 2012**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE