IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et., | CASE NO. CV F 10-0674 LJO JLT |
| Plaintiffs, | **ORDER ON SUMMARY JUDGMENT FILINGS AND BRIEFING** |
| vs. | |
| THOMAS WILKINS, | |
| Defendant. | |
| _____/ | |
| AND COUNTERACTION. | |
| _____/ | |

This Court's July 15, 2011 order requires the parties to file under seal documents designated as confidential or otherwise protected ("protected documents"). The parties have informed this Court that they intend to file summary judgment motions to include protected documents subject to sealing orders. On the basis of good cause and to reduce the burden on this Court, this Court:

1. ORDERS each party, no later than June 21, 2012, to serve on the other parties a list of protected documents which the party intends to use for summary judgment;

2. ORDERS the parties, no later than June 25, 2012, to engage in genuine, meaningful good faith efforts to ascertain whether each protected document is legitimately subject to protected status and whether the protected document may be filed without sealing;

1

3. ORDERS the parties, no later than June 27, 2012, to arrange with U.S. Magistrate Judge Thurston to address disputes whether protected documents are subject to sealing;

4. RESETS to June 29, 2012 the deadline to file dispositive motions;

5. ORDERS the parties, no later than July 13, 2012, to file summary judgment opposition papers;

6. LIMITS the parties' respective moving and opposition briefs to 25 pages; and

7. ORDER the parties to file no reply summary judgment papers, unless this Court otherwise orders.

Pursuant to its practice, this Court will consider the summary judgment motions on the record without a hearing, unless this Court orders otherwise. Given the additional time granted to prepare dispositive motions, this Court FURTHER ORDERS:

The parties' respective papers must be concise, well-organized and properly supported. Statements of undisputed material facts and responses thereto must distill clearly "facts," not argument or speculation, and must be coherent, succinct, and well-organized sequentially by the events or claims at issue. Undisputed material facts must be completely and meaningfully supported by the record and admissible evidence. The parties must not provide undisputed material facts which misconstrue or unreasonably extrapolate from the record or which are not completely supported by appropriate evidence. This Court will strike papers or portions thereof which do not meet these requirements. This order serves as a predicate to impose sanctions on the parties and their counsel in this or other actions.

IT IS SO ORDERED.

**Dated:   June 18, 2012**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE