Andrea Weiss Jeffries (Bar No. 180408)
Wilmer Cutler Pickering Hale And Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
213-443-5397

Elizabeth Reilly (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Alexandra C. Boudreau (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6336

Lowell T. Carruth (Bar No. 34065)
McCormick Barstow Sheppard Wayte and Carruth LLP
5 River Park Place East
PO Box 28912
Fresno, CA 93729-8912

Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC

Filiberto Agusti (*pro hac vice*)
Steven J. Barber (Bar No. 145645)
Seth A. Watkins (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Attorneys for Intervenor Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.

Thomas W. Winland (*pro hac vice*)
Tyler M. Akagi (*pro hac vice*)
Finnegan Henderson Farabow Garrett and Dunner, LLP
901 New York Avenue NW
Washington, DC 20001
(202) 408-4085

William C. Hahesy (Bar No. 105743)
Law Offices of William C. Hahesy
225 West Shaw Avenue
Suite 105
Fresno, CA 93704
(559) 579-1230

Attorneys for Defendant Thomas A. Wilkins

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | **Case No. CV 10-00674-LJO-JLT**<br><br>**STIPULATION AND ORDER RE: POSTPONEMENT OF DUE DATE FOR FILING OF REQUESTS FOR RECONSIDERATION** |

STIPULATION AND [PROPOSED] ORDER RE:
POSTPONEMENT OF DUE DATE FOR FILING OF REQUESTS FOR
RECONSIDERATION

Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, Mitsubishi), Plaintiffs General Electric Company and GE Wind Energy, Inc. (collectively, GE), and Defendant Thomas A. Wilkins (Mr. Wilkins), through their counsel, hereby stipulate as follows:

1. Mitsubishi and Mr. Wilkins intend to file Requests for Reconsideration by the District Court, pursuant to Local Rule 303 and Fed. R. Civ. P. 72, of certain portions of Judge Thurston's June 22 Order (Doc. 369).

2. That Order was released on June 22, 2012 with redactions, and Mitsubishi and Mr. Wilkins first received an unredacted copy on July 2, 2012.

3. Under Local Rule 303 and Fed. R. Civ. 72, Mitsubishi and Mr. Wilkins must file any reconsideration request as early as July 6, 2012.

4. In light of the holiday and the work on summary judgment filings in this case, Mitsubishi and Mr. Wilkins respectfully request that they be given a one week extension, until Friday, July 13, 2012, to submit any requests for reconsideration.

5. GE has no objections to the foregoing extension.

Dated: July 3, 2012                By:  /s/  Andrew J. Sloniewsky
                                        Filiberto Agusti (*pro hac vice*)
                                        Steven J. Barber (State Bar No. 145645)
                                        Alice Loughran (*pro hac vice*)
                                        Andrew J. Sloniewsky (*pro hac vice*)
                                        STEPTOE & JOHNSON LLP

                                        Attorneys for Defendants Mitsubishi Heavy
                                        Industries, Ltd. and Mitsubishi Power Systems
                                        Americas, Inc.

Dated: July 3, 2012                By:  /s/ Tyler Akagi
                                        Thomas W. Winland (*pro hac vice*)
                                        Tyler Akagi (*pro hac vice*)
                                        Finnegan Henderson Farabow Garrett and
                                        Dunner, LLP
                                        901 New York Avenue NW
                                        Washington, DC 20001

1                                 Attorneys for Thomas A. Wilkins

2 Dated: July 3, 2012         By: /s/ Louis Tompros

3                                 Elizabeth M. Reilly (*pro hac vice*)

                                    Louis Tompros (*pro hac vice*)

4                                 WilmerHale

5                                 60 State Street

                                Boston MA  02109

6

7                                 Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC

8

STIPULATION AND [PROPOSED] ORDER RE:
POSTPONEMENT OF DUE DATE FOR FILING OF REQUESTS FOR
RECONSIDERATION

# ORDER

This matter coming before the Court on July 3, 2012 stipulation of the parties, it is hereby ORDERED that Defendant Thomas Wilkins, and Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc., shall file their Requests for Reconsideration of the June 22, 2012 Order of U.S. Magistrate Judge Jennifer L. Thurston on or before July 13, 2012.  **This Court grants the extension based on representations of Mitsubishi's counsel that Mitsubishi will seek reconsideration only as to June 22, 2012 order's requiring Mitsubishi to share costs of the Schulte and Winland depositions and granting attorney fees.**

IT IS SO ORDERED.

Dated: __**July 5, 2012**__                     __/s/ Lawrence J. O'Neill__
                                                                   UNITED STATES DISTRICT JUDGE