| | |
|---|---|
| Andrea Weiss Jeffries (Bar No. 180408)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>213-443-5397 | Filiberto Agusti (*pro hac vice*)<br>Steven J. Barber (Bar No. 145645)<br>Seth A. Watkins (*pro hac vice*)<br>Andrew J. Sloniewsky (*pro hac vice*)<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000 |
| Elizabeth Reilly (*pro hac vice*)<br>Louis W. Tompros (*pro hac vice*)<br>Alexandra C. Boudreau (*pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6336 | Attorneys for Intervenor Defendants<br>Mitsubishi Heavy Industries, Ltd. and<br>Mitsubishi Power Systems Americas, Inc. |
| Lowell T. Carruth (Bar No. 34065)<br>McCormick Barstow Sheppard Wayte and Carruth LLP<br>5 River Park Place East<br>P.O. Box 28912<br>Fresno, CA 93729-8912 | Thomas W. Winland (*pro hac vice*)<br>Tyler M. Akagi (*pro hac vice*)<br>Finnegan Henderson Farabow Garrett and Dunner, LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>(202) 408-4085 |
| Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC | William C. Hahesy (Bar No. 105743)<br>Law Offices of William C. Hahesy<br>225 West Shaw Avenue<br>Suite 105<br>Fresno, CA 93704<br>(559) 579-1230 |
| | Attorneys for Defendant Thomas A. Wilkins |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    vs.<br><br>THOMAS WILKINS, an individual,<br><br>    Defendant and Counter-Plaintiff. | Case No. CV 10-00674-LJO-JLT<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR GE TO FILE A RESPONSE TO MR. WILKINS' AND MITSUBISHI'S REQUESTS FOR RECONSIDERATION** |

Plaintiffs General Electric Company and GE Wind Energy, LLC ("GE"), Intervenors

Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. ("Mitsubishi"),

and Defendant Thomas A. Wilkins ("Mr. Wilkins"), through their counsel, hereby stipulate as follows:

1. On July 13, 2012, Mr. Wilkins and Mitsubishi filed Requests for Reconsideration of Magistrate Judge Thurston's June 22, 2012 Order related to GE's motion for sanctions. (Docs. 465 and 475.) Specifically, Mr. Wilkins and Mitsubishi sought reconsideration of Magistrate Judge Thurston's order granting GE attorneys' fees for filing the motion and costs for taking additional depositions. (Doc. 465 at 10; Doc. 475 at 1.)

2. Mr. Wilkins' Request for Reconsideration is 10 pages.

3. Mitsubishi's Request for Reconsideration is 15 pages.

4. GE intends to file a brief Opposition to Mr. Wilkins' and Mitsubishi's Requests for Reconsideration. (Docs. 465 and 475.) Under Local Rule 303(d), GE must file and serve its opposition to both Requests by July 20, 2012.

5. GE respectfully requests that it be given a short extension, of two business days, to submit its opposition to the Requests for Reconsideration. Accordingly, GE would file its opposition on Tuesday, July 24, 2012.

6. Neither Mitsubishi nor Mr. Wilkins has an objection to the foregoing extension.

Dated: July 17, 2012    By:    /s/ Elizabeth M. Reilly
Elizabeth M. Reilly (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
WilmerHale
60 State Street
Boston, MA 02109

Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC

Dated: July 17, 2012    By:    /s/ Tyler M. Akagi
Thomas W. Winland (*pro hac vice*)
Tyler M. Akagi (*pro hac vice*)
Finnegan Henderson Farabow Garrett and Dunner, LLP
901 New York Avenue NW
Washington, DC 20001

Attorneys for Thomas A. Wilkins

1  Dated: July 17, 2012

By:  /s/ Andrew J. Sloniewsky
Filiberto Agusti (*pro hac vice*)
Steven J. Barber (Bar No. 145645)
Alice Loughran (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
STEPTOE & JOHNSON LLP

Attorneys for Defendants Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.

- 3 –
STIPULATION AND [PROPOSED] ORDER
RE: EXTENSION OF TIME FOR GE TO FILE A RESPONSE TO MR. WILKINS' AND MITSUBISHI'S REQUESTS FOR RECONSIDERATION

**ORDER**

This matter coming before the Court on July 17, 2012 stipulation of the parties, it is hereby ORDERED that Plaintiffs General Electric and GE Wind Energy, LLC shall file their Opposition to Defendant Thomas A. Wilkins' and Intervenors Mitsubishi Heavy Industries, Ltd and Mitsubishi Power Systems Americas, Inc.'s Requests for Reconsideration of the June 22, 2012 Order of U.S. Magistrate Judge Jennifer L. Thurston on or before July 24, 2012.

IT IS SO ORDERED.

Dated: **July 17, 2012**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE