Filiberto Agusti (admitted *pro hac vice*)
Andrew J. Sloniewsky (admitted *pro hac vice*)
Seth A. Watkins (admitted *pro hac vice*)
Jeffrey M. Theodore (admitted *pro hac vice*)
Dylan Ruga (State Bar No. 235969)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, DC 20036
Phone: (202) 429-3000
Facsimile: (202) 429-3902
Email: fagusti@steptoe.com
 sbarber@steptoe.com
 asloniewsky@steptoe.com
 sethwatkins@steptoe.com
 jtheodore@steptoe.com
 druga@steptoe.com

Attorneys for Intervenors
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.

Thomas W. Winland (admitted *pro hac vice*)
Tyler M. Akagi (admitted pro hac vice)
Susan Y. Tull (admitted pro hac vice)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave NW
Washington, DC 20001
Phone: (202) 408-4000
Email: tom.winland@finnegan.com
 tyler.akagi @finnegan.com
 susan.tull@finnegan.com

Roger D. Taylor (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
303 Peachtree Street, N.E.
Atlanta, GA 30308
Phone: (404) 653-6400
Email: roger.taylor@finnegan.com

Attorneys for Defendant Thomas Wilkins

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | **Case No. CV 10-00674-LJO-JLT**<br><br>**ORDER SEALING DOCUMENTS**<br><br>**Magistrate: Hon. Jennifer Thurston** |

[PROPOSED] ORDER SEALING DOCUMENTS

1   Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems
2   Americas, Inc. ("Mitsubishi") and Defendant Thomas Wilkins have requested an Order
3   sealing documents pursuant to Local Rule 141.  As set forth in the Request, General
4   Electric Company and GE Wind Energy Company LLC ("GE") have claimed that
5   Exhibits 2-20 to the Declaration of James McGinness that accompanies the Request
6   contain GE's privileged communications produced in this case pursuant to a limited
7   waiver agreement and GE's confidential business and technical information.  Mitsubishi
8   and Mr. Wilkins ask that the documents be sealed.
9   There being good cause shown, the Court GRANTS Mitsubishi's and Mr.
10  Wilkins's Request to Seal Documents.  The Clerk of the Court is DIRECTED to seal the
11  documents and access to them is to be limited to outside counsel, experts who have
12  complied with the terms of the protective order, and the Court and its personnel pending
13  further order.

17  IT IS SO ORDERED.

18  Dated:   **September 24, 2012**          /s/ Lawrence J. O'Neill
19                                            UNITED STATES DISTRICT JUDGE