WILMER CUTLER PICKERING HALE AND DORR LLP
WILLIAM F. LEE (admitted *pro hac vice*)
RICHARD W. O'NEILL (admitted *pro hac vice*)
ELIZABETH M. REILLY (admitted *pro hac vice*)
LOUIS W. TOMPROS (admitted *pro hac vice*)
CARRIE H. SEARES (admitted *pro hac vice*)
SYDENHAM B. ALEXANDER, III (admitted *pro hac vice*)
NIMIT Y. PATEL (admitted *pro hac vice*)
ALEX C. BOUDREAU (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

WILMER CUTLER PICKERING HALE AND DORR LLP
ANDREA JEFFRIES (State Bar No. 183408)
350 South Grand Avenue, Suit 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5397
Facsimile:   (213) 443-5400

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP
LOWELL T. CARRUTH (State Bar No. 34065)
5 River Park Place East
P.O. Box 28912
Fresno, CA 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiffs
GENERAL ELECTRIC COMPANY AND
GE WIND ENERGY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>     Plaintiffs and Counter-Defendants,<br><br>     vs.<br><br>THOMAS WILKINS, an individual,<br><br>     Defendant and Counter-Plaintiff. | Case No. CV 10-00674-LJO-JLT<br><br>**ORDER GRANTING PLAINTIFFS GENERAL ELECTRIC COMPANY AND GE WIND ENERGY, LLC'S REQUEST TO SEAL PORTIONS OF DISPUTED FACTS SECTION OF JOINT PRETRIAL STATEMENT** |

- 1 –
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL PORTIONS OF
DISPUTED FACTS SECTION OF JOINT PRETRIAL STATEMENT

1  On September 27, 2012, Plaintiffs General Electric Company and GE Wind Energy, LLC
2 electronically filed their Request to Seal Portions of the Disputed Facts Section of the Joint
3 Pretrial Statement pursuant to Eastern District Rule 141.  The Request, the Notice of Plaintiffs'
4 Request, and this proposed Order were served on all parties.  Plaintiffs have shown compelling
5 reasons to seal portions of these documents.

6  IT IS ORDERED that the parties may file the disputed fact section of the Joint Pretrial
7 Statement as a separate exhibit and that they may redact limited portions of that section pursuant
8 to the Court's previous orders to seal.  (*See e.g.*, Doc.  372, 382, 447, 457, 586.)

9  These portions of the Joint Pretrial statement shall be sealed from the public record
10 throughout and after the conclusion of this action, including without limitation any appeals
11 therefrom.

IT IS SO ORDERED.

Dated:   **September 27, 2012**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE