William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105, Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231
Email: bill@hahesylaw.com

Thomas W. Winland, *pro hac vice*
Tyler M. Akagi, *pro hac vice*
Susan Y. Tull, *pro hac vice*
Roger D. Taylor, *pro hac vice*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave NW, Washington, DC 20001
Telephone: (202) 408-4000
E-mail: tom.winland@finnegan.com
         tyler.akagi@finnegan.com
         susan.tull@finnegan.com
         roger.taylor@finnegan.com

Robert F. McCauley #162056
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304
Telephone: (650) 849-6600
Email: robert.mccauley@finnegan.com

Attorneys for Defendant and Counterclaimant
THOMAS WILKINS

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF CALIFORNIA**</u>

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York Corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br>         Plaintiffs,<br>     v.<br>THOMAS WILKINS, an individual,<br>     Defendant. | Case No. 1:10-cv-00674-LJO-JLT<br><br>**ORDER GRANTING DEFENDANT THOMAS WILKINS' REQUEST FOR LEAVE TO FILE A REPLY TO GE'S OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION TO DISSOLVE PRELIMINARY INJUNCTION AS TO '565 PATENT**<br><br>**Courtroom: 10**<br>**Hon. Lawrence J. O'Neill** |

1  The Court having reviewed Defendant Thomas Wilkins' Request For Leave To File A
2  Reply To GE's Opposition To Defendant's *Ex Parte* Application To Dissolve Preliminary
3  Injunction As To '565 Patent, and GOOD CAUSE APPEARING THEREFOR,
4   IT IS HEREBY ORDERED THAT DEFENDANT WILKINS' REQUEST IS
5  GRANTED and his reply is deemed filed as of the date of the entry of this Order.

IT IS SO ORDERED.

  Dated:   **September 28, 2012**      /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO
FILE REPLY ISO APPLICATION TO DISSOLVE PRELIMINARY
INJUNCTION AS TO '565 PATENT
Case No. 1:10-cv-00674-LJO-JLT