```
 1  WILMER CUTLER PICKERING HALE AND DORR LLP
    WILLIAM F. LEE (admitted pro hac vice)
 2  RICHARD W. O'NEILL (admitted pro hac vice)
    ELIZABETH M. REILLY (admitted pro hac vice)
 3  LOUIS W. TOMPROS (admitted pro hac vice)
    CARRIE H. SEARES (admitted pro hac vice)
 4  SYDENHAM B. ALEXANDER, III (admitted pro hac vice)
    NIMIT Y. PATEL (admitted pro hac vice)
 5  ALEX C. BOUDREAU (admitted pro hac vice)
    60 State Street
 6  Boston, MA 02109
    Telephone:  (617) 526-6000
 7  Facsimile:   (617) 526-5000

 8  WILMER CUTLER PICKERING HALE AND DORR LLP
    ANDREA JEFFRIES (State Bar No. 183408)
 9  350 South Grand Avenue, Suit 2100
    Los Angeles, CA 90071
10  Telephone:  (213) 443-5397
    Facsimile:   (213) 443-5400
11
    MCCORMICK, BARSTOW, SHEPPARD,
12  WAYTE & CARRUTH, LLP
    LOWELL T. CARRUTH (State Bar No. 34065)
13  5 River Park Place East
    P.O. Box 28912
14  Fresno, CA 93720
    Telephone:  (559) 433-1300
15  Facsimile:   (559) 433-2300

16  Attorneys for Plaintiffs
    GENERAL ELECTRIC COMPANY AND
17  GE WIND ENERGY, LLC
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company, <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> THOMAS WILKINS, an individual, <br><br> Defendant and Counter-Plaintiff. | Case No. CV 10-00674-LJO-JLT <br><br> **ORDER GRANTING PLAINTIFFS GENERAL ELECTRIC COMPANY AND GE WIND ENERGY, LLC'S REQUEST TO SEAL DOCUMENTS** |

- 1 –
[PROPOSED] ORDER GRANTING
PLAINTIFFS' REQUEST TO SEAL DOCUMENTS

On October 9, 2012, Plaintiffs General Electric Company and GE Wind Energy, LLC electronically filed their Request to Seal Documents pursuant to Eastern District Rule 141. The Request to Seal Documents, the Notice of Plaintiffs' Request to Seal, James E. McGinness' Declaration, highlighted versions of the documents covered by this request, and this proposed Order were served on all parties. Plaintiffs have shown compelling reasons to seal portions of these documents.

IT IS ORDERED that:

1. Exhibits 2 to 7 of Mr. McGinness's Declaration are sealed as indicated in Exhibit 1 to his Declaration.

2. GE SHALL file its opposition to Mitsubishi's and Mr. Wilkins's Motion for Sanctions on Wednesday, October 10, 2012 in redacted form consistent with the Court's rulings on the underlying exhibits

These materials shall be sealed from the public record throughout and after the conclusion of this action, including without limitation any appeals therefrom.

IT IS SO ORDERED.

Dated:   **October 9, 2012**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE