1  WILMER CUTLER PICKERING HALE AND DORR LLP
   WILLIAM F. LEE (admitted *pro hac vice*)
2  RICHARD W. O'NEILL (admitted *pro hac vice*)
   ELIZABETH M. REILLY (admitted *pro hac vice*)
3  LOUIS W. TOMPROS (admitted *pro hac vice*)
   CARRIE H. SEARES (admitted *pro hac vice*)
4  SYDENHAM B. ALEXANDER, III (admitted *pro hac vice*)
   NIMIT Y. PATEL (admitted *pro hac vice*)
5  ALEX C. BOUDREAU (admitted *pro hac vice*)
   60 State Street
6  Boston, MA 02109
   Telephone:  (617) 526-6000
7  Facsimile:   (617) 526-5000

8  WILMER CUTLER PICKERING HALE AND DORR LLP
   ANDREA JEFFRIES (State Bar No. 183408)
9  350 South Grand Avenue, Suit 2100
   Los Angeles, CA 90071
10 Telephone:  (213) 443-5397
   Facsimile:   (213) 443-5400
11
   MCCORMICK, BARSTOW, SHEPPARD,
12 WAYTE & CARRUTH, LLP
   LOWELL T. CARRUTH (State Bar No. 34065)
13 5 River Park Place East
   P.O. Box 28912
14 Fresno, CA 93720
   Telephone:  (559) 433-1300
15 Facsimile:   (559) 433-2300

16 Attorneys for Plaintiffs
   GENERAL ELECTRIC COMPANY AND
17 GE WIND ENERGY, LLC

18                     **UNITED STATES DISTRICT COURT**

19                     **EASTERN DISTRICT OF CALIFORNIA**

20 GENERAL ELECTRIC COMPANY, a New )   **Case No. CV 10-00674-LJO-JLT**
   York corporation; and GE WIND ENERGY, )
21 LLC, a Delaware limited liability company, )   **ORDER GRANTING PLAINTIFFS**
                                           )    **GENERAL ELECTRIC COMPANY**
22      Plaintiffs and Counter-Defendants, )   **AND GE WIND ENERGY, LLC'S**
                                           )    **REQUEST TO SEAL PORTIONS OF**
23      vs.                                )    **RESPONSE TO MOTION FOR**
                                           )    **EXPEDITED HEARING**
24 THOMAS WILKINS, an individual,          )
                                           )
25      Defendant and Counter-Plaintiff.   )
                                           )
26

27

28
                                  - 1 –
   [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL PORTIONS OF
              RESPONSE TO MOTION FOR EXPEDITED HEARING

1   On October 14, 2012, Plaintiffs General Electric Company and GE Wind Energy, LLC
2  electronically filed their Request to Seal Portions of their response to Mitsubishi's and Mr.
3  Wilkins' Motion for an Expedited Hearing pursuant to Eastern District Rule 141.  The Request,
4  the Notice of Plaintiffs' Request, and this proposed Order were served on all parties.  Plaintiffs
5  have shown compelling reasons to seal portions of these documents.

6   IT IS ORDERED that GE may, pursuant to the Court's previous orders to seal, redact
7  portions of its response to Mitsubishi's and Mr. Wilkins' Motion for an Expedited Hearing (Doc.
8  No. 624) that reference privileged information.  (*See e.g.*, Doc.  372, 382, 447, 457, 586.)

9   These portions of GE's Response statement shall be sealed from the public record
10 throughout and after the conclusion of this action, including without limitation any appeals
11 therefrom.

IT IS SO ORDERED.

Dated:   **October 15, 2012**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

- 2 –
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL PORTIONS OF
RESPONSE TO MOTION FOR EXPEDITED HEARING