IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE ELECTRIC COMPANY, et al., | Case No. 1:10-cv-00674 LJO JLT |
| Plaintiffs, | ORDER ON DEFENDANT'S EX PARTE APPLICATION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT |
| vs. | |
| THOMAS WILKINS, | (ECF No. 627) |
| Defendant. | |

On October 12, 2012, Defendant Thomas Wilkins ("Mr. Wilkins") filed an ex parte application requesting (1) to supplement his record on summary judgment with the document newly produced by Plaintiffs General Electric Company and GE Wind Energy, LLC (collectively "GE") on September 27, 2012; and (2) leave to respond to GE's objections to the Court's October 4, 2012 order. Mr. Wilkins' request to supplement his record on summary judgment is GRANTED.[1] Mr. Wilkins' request to file a response to GE's objections to the Court's October 4, 2012 order is DENIED AS MOOT because the Court has already resolved that matter. (See ECF No. 629.)

IT IS SO ORDERED.

**Dated:   October 16, 2012**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] The newly produced document does not change the Court's conclusion that Mr. Wilkins is entitled to summary judgment on GE's claims that Mr. Wilkins has a duty to assign his rights to the '985 patent because those claims are time-barred.