IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., | Case No. 1:10-cv-00674 LJO JLT |
| Plaintiffs, | ORDER ON THE PARTIES' REQUEST FOR LEAVE TO FILE TRIAL BRIEFS |
| vs. | (ECF No. 646) |
| THOMAS WILKINS, | |
| Defendant. | |

On October 19, 2012, the parties requested leave to file trial briefs on October 26, 2012 and to file responses to the trial briefs on November 2, 2012. The parties' request is GRANTED in part and DENIED in part. The parties may file trial briefs by no later than October 26, 2012. **Trial briefs are to be well-organized, clear, and <u>concise</u>. Including matters already decided or matters that don't have a specific bearing on the result of the case do not fit into the category of "concise." The issues to be tried should be fully distilled, and the parties shall avoid unnecessary duplication.** Responses to the trial briefs will **not** be accepted.

IT IS SO ORDERED.

**Dated:    October 19, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE