Filiberto Agusti (*pro hac vice*)
James F. Hibey (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Seth A. Watkins (*pro hac vice*)
Jeffrey M. Theodore (*pro hac vice*)
Patricia Palacios (*pro hac vice*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, DC 20036
Phone: (202) 429-3000
Facsimile: (202) 429-3902
Email: fagusti@steptoe.com

Michael P. McNamara (Bar No. 106079)
Dylan Ruga (Bar No. 235969)
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Phone: (310) 734-3200
Email: druga@steptoe.com

Donald R. Fischbach (Bar No. 053522)
Steven D. McGee (Bar No. 71886)
David J. Weiland (Bar No. 160447)
DOWLING AARON INC.
8080 North Palm,
Fresno, CA 93711
Tel: (559) 432-4500

Attorneys for Intervenors
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS WILKINS, an individual,<br><br>Defendant. | **Case No. CV 10-00674-LJO-JLT**<br><br>**ORDER SEALING DOCUMENTS** |

[PROPOSED] ORDER SEALING DOCUMENTS

Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. ("Mitsubishi") have requested an Order sealing designated portions of certain documents pursuant to Local Rule 141. As set forth in the Request, General Electric Company and GE Wind Energy Company LLC ("GE") have claimed that Exhibits 1-3 accompany the Request describe GE's privileged communications produced in this case pursuant to a limited waiver agreement and GE's confidential business and technical information. GE asks that the documents be sealed.

There being good cause shown, the Court GRANTS Mitsubishi's Request to Seal Documents. The Clerk of the Court is DIRECTED to seal the designated portions of the documents and access to them is to be limited to outside counsel, experts who have complied with the terms of the protective order, and the Court and its personnel pending further order.

IT IS SO ORDERED.

Dated:   **October 29, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE