| | |
|---|---|
| Robert F. McCauley (Bar No. 162056)<br>Finnegan Henderson Farabow Garrett and Dunner, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>(650) 849-6600 | William F. Lee (*pro hac vice*)<br>Elizabeth Reilly (*pro hac vice*)<br>Richard W. O'Neill (*pro hac vice*)<br>Louis W. Tompros (*pro hac vice*)<br>Sydenham B. Alexander, III (*pro hac vice*)<br>Alexandra C. Boudreau (*pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6336 |
| Thomas W. Winland, (pro hac vice)<br>Roger D. Taylor, (pro hac vice)<br>Jeffrey C. Totten, (pro hac vice)<br>Tyler M. Akagi, (pro hac vice)<br>Susan Y. Tull, (pro hac vice)<br>Finnegan Henderson Farabow Garrett and Dunner, LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>(202) 408-4085 | Andrea Weiss Jeffries (Bar No. 180408)<br>Wilmer Cutler Pickering Hale And Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>(213) 443-5397 |
| William C. Hahesy (Bar No. 105743)<br>Law Offices of William C. Hahesy<br>225 West Shaw Avenue<br>Suite 105<br>Fresno, CA 93704<br>(559) 579-1230 | Lowell T. Carruth (Bar No. 34065)<br>McCormick, Barstow, Sheppard, Wayte & Carruth, LLP<br>5 River Park Place East<br>PO Box 28912<br>Fresno, CA 93729-8912<br>(559) 433-1300 |
| Attorneys for Defendant Thomas A. Wilkins | Attorneys for Plaintiffs General Electric Company and GE Wind Energy, LLC |

Filiberto Agusti (*pro hac vice*)
James F. Hibey (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
Seth A. Watkins (*pro hac vice*)
Patricia B. Palacios (*pro hac vice*)
Jeffrey M. Theodore (*pro hac vice*)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Michael P. McNamara (Bar No. 106079)
Dylan Ruga (Bar No. 235969)
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
(310) 734-3200

Donald R. Fischbach (Bar No. 053522)
Steven D. McGee (Bar No. 71886)
David J. Weiland (Bar No. 160447)
DOWLING AARON INC.
8080 North Palm,
Fresno, CA 93711
(559) 432-4500

Attorneys for Intervenor Defendants
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.

NOTICE, STIPULATION, AND [PROPOSED] ORDER RE: ADMISSIBILITY OF
DOCUMENTS RELATING TO CONSULTING AND LICENSING AGREEMENTS

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, a New York corporation; and GE WIND ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>        v.<br><br>THOMAS WILKINS, an individual,<br><br>    Defendant and Counterclaim Plaintiff. | **Case No. CV 10-00674-LJO-JLT**<br><br>**NOTICE, STIPULATION, AND ORDER RE: ADMISSIBILITY OF DOCUMENTS RELATING TO CONSULTING AND LICENSING AGREEMENTS** |

1   Defendant and Counterclaim Plaintiff Thomas Wilkins ("Mr. Wilkins"), Intervenors Mitsubishi Heavy Industries, Ltd., and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi"), and Plaintiffs and Counterclaim Defendants General Electric Company and GE Wind Energy, LLC (collectively, "GE"), through their counsel, hereby provide notice that they accept the terms regarding the admissibility of certain documents at trial, as set forth in Docket No. 714 at page 2, lines 9-15.

The parties stipulate as follows:

1.   The parties agree that documents sent and received by Thomas Winland during the negotiations of the consulting and license agreements entered into between Mr. Wilkins and Mitsubishi are admissible at trial in this matter.

2.   The parties agree that the consulting and license agreements entered into between Mr. Wilkins and Mitsubishi are admissible at trial in this matter.

The parties have agreed that exhibits subject to this stipulation are "Joint Exhibits" and will have them so marked for the Court, pending the Court's approval.  Mitsubishi does not agree that the exhibits subject to this agreement are relevant or admissible under F.R.E. 403, but is prepared to have them designated as joint exhibits in order to resolve the issue of Mr. Winland's appearance at trial.

Dated: Nov. 5, 2012         By:   /s/ Tyler M. Akagi
                                  Robert F. McCauley (Bar No. 162056)
                                  Finnegan Henderson Farabow Garrett and Dunner, LLP
                                  3300 Hillview Avenue
                                  Palo Alto, CA  94304
                                  (650) 849-6600

                                  Thomas W. Winland, (pro hac vice)
                                  Roger D. Taylor, (pro hac vice)
                                  Jeffrey C. Totten, (pro hac vice)
                                  Tyler M. Akagi, (pro hac vice)
                                  Susan Y. Tull, (pro hac vice)Finnegan Henderson
                                  Farabow Garrett and Dunner, LLP

|   |   |   |
|---|---|---|
| | | 901 New York Avenue NW |
| | | Washington, DC 20001 |
| | | (202) 408-4085 |
| | | |
| | | William C. Hahesy (Bar No. 105743) |
| | | Law Offices of William C. Hahesy |
| | | 225 West Shaw Avenue |
| | | Suite 105 |
| | | Fresno, CA 93704 |
| | | (559) 579-1230 |
| Dated: Nov. 5, 2012 | By: | /s/ Andrew J. Sloniewsky |
| | | Filiberto Agusti (*pro hac vice*) |
| | | James F. Hibey (*pro hac vice*) |
| | | Andrew J. Sloniewsky (*pro hac vice*) |
| | | Seth A. Watkins (*pro hac vice*) |
| | | Patricia B. Palacios (*pro hac vice*) |
| | | Jeffrey M. Theodore (*pro hac vice)* |
| | | Steptoe & Johnson LLP |
| | | 1330 Connecticut Avenue, NW |
| | | Washington, DC 20036 |
| | | (202) 429-3000 |
| | | |
| | | Michael P. McNamara (Bar No. 106079) |
| | | Dylan Ruga (Bar No. 235969) |
| | | Steptoe & Johnson LLP |
| | | 2121 Avenue of the Stars, Suite 2800 |
| | | Los Angeles, CA 90067 |
| | | (310) 734-3200 |
| | | |
| | | Donald R. Fischbach (Bar No. 053522) |
| | | Steven D. McGee (Bar No. 71886) |
| | | David J. Weiland (Bar No. 160447) |
| | | DOWLING AARON INC. |
| | | 8080 North Palm, |
| | | Fresno, CA 93711 |
| | | (559) 432-4500 |
| | | |
| | | Attorneys for Intervenor Defendants |
| | | Mitsubishi Heavy Industries, Ltd. and Mitsubishi |
| | | Power Systems Americas, Inc. |

3
NOTICE, STIPULATION, AND [PROPOSED] ORDER RE: ADMISSIBILITY OF
DOCUMENTS RELATING TO CONSULTING AND LICENSING AGREEMENTS

| | | |
|---|---|---|
| 1 | Dated: Nov. 5, 2012 | By: /s/ Elizabeth Reilly |

                                   William F. Lee (*pro hac vice*)
                                   Elizabeth Reilly (*pro hac vice*)
                                   Richard W. O'Neill (*pro hac vice*)
                                   Louis W. Tompros (*pro hac vice*)
                                   Sydenham B. Alexander, III (*pro hac vice*)
                                   Alexandra C. Boudreau (*pro hac vice*)
                                   Wilmer Cutler Pickering Hale and Dorr LLP
                                   60 State Street
                                   Boston, MA 02109
                                   (617) 526-6336

                                   Andrea Weiss Jeffries (Bar No. 180408)
                                   Wilmer Cutler Pickering Hale And Dorr LLP
                                   350 South Grand Avenue, Suite 2100
                                   Los Angeles, CA 90071
                                   (213) 443-5397

                                   Lowell T. Carruth (Bar No. 34065)
                                   McCormick, Barstow, Sheppard, Wayte & Carruth, LLP
                                   5 River Park Place East
                                   PO Box 28912
                                   Fresno, CA 93729-8912
                                   (559) 433-1300

                                   Attorneys for Plaintiffs and Counterclaim Defendants General Electric Company and GE Wind Energy, LLC

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, the Court hereby ORDERS that:

1. Documents sent and received by Thomas Winland during the negotiations of the consulting and license agreements entered into between Mr. Wilkins and Mitsubishi are admissible at trial in this matter.

2. The consulting and license agreements entered into between Mr. Wilkins and Mitsubishi are admissible at trial in this matter.

IT IS SO ORDERED.

Dated:   **November 5, 2012**              **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE