IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, et al., | Case No. 1:10-cv-00674 LJO JLT |
| Plaintiffs, | ORDER ON INTERVENORS' MOTION TO INTRODUCE DEPOSITION DESIGNATIONS |
| vs. | |
| THOMAS WILKINS, | (ECF No. 724) |
| Defendant. | |
| _____ / | |

On November 5, 2012, Intervenors Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively "Mitsubishi") filed a motion to enter certain designations from the deposition of James Fogarty, and the corresponding exhibits, into evidence. Mitsubishi argued that the deposition designations and corresponding exhibits are admissible under Federal Rule of Evidence 801(d)(2)(D) and, alternatively, under Federal Rule of Civil Procedure 32(a).

Plaintiffs General Electric Company and GE Wind Energy, LLC (collectively "GE") filed an opposition to the motion. GE argued that the deposition testimony should not be entered into evidence because James Fogarty is expected to testify as a witness at trial and therefore Mitsubishi should elicit his testimony live. GE stressed that generally there is a strong preference for live testimony as opposed to deposition testimony.

The Court initially addressed this issue in the morning of the first day of trial on November 6, 2012. Thereafter, in light of the Court's concerns and admonitions, the parties met and conferred on the

1  issue. Mitsubishi then represented that it decided against entering the selected deposition designations
2  into evidence and instead intended to move certain exhibits into evidence. Those exhibits were entered
3  into evidence.
4      Accordingly, this issue having been resolved, Mitsubishi's outstanding motion to introduce
5  deposition designations is DENIED AS MOOT.

8  IT IS SO ORDERED.
9  **Dated:   November 8, 2012**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE