UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALEXANDER WILKINS,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br>et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 13-1943 LJO MJS<br>**NEW CASE NO. CV F 13-1943 LJO JLT**<br><br>**ORDER TO RELATE ACTIONS AND**<br>**TO REASSIGN MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *General Electric Company, et al. v. Thomas Alexander Wilkins*, Case No. CV F 10-0674 LJO JLT. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Jennifer L. Thurston with a new **CASE NO. CV F 13-1943 LJO JLT**. All documents shall bear the new **CASE NO. CV F 13-1943 LJO JLT** and the reassignment to Magistrate Judge Thurston. U.S. District Judge Lawrence J. O'Neill will remain assigned to this action.

IT IS SO ORDERED.

Dated: **January 7, 2014**         **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE