**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY,** *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**THOMAS WILKINS,**<br><br>    Defendant. | 1:10-cv-00674 LJO JLT<br><br>**ORDER TREATING "NOTICE" AS REQUEST FOR RECONSIDERATION AND DENYING SAME (DOC. 783)** |
| **THOMAS ALEXANDER WILKINS,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GENERAL ELECTRIC COMPANY,** *et al.*,<br><br>    Defendants. | 1:13-cv-01943 LJO JLT<br><br>**ORDER TREATING "NOTICE" AS REQUEST FOR RECONSIDERATION AND DENYING SAME (DOC. 30)** |

On May 19, 2014, Thomas Wilkins filed a document entitled "NOTICE: ACCEPTANCE OF DISQUALIFICATION," referencing the above-captioned, closed cases. In this document, Mr. Wilkins asserts that the undersigned "publicly disqualified himself" from *Wilkins v. General Electric Company, et al.*, 1:13-cv-01943 LJO JLT ("*Wilkins v. GE*"), and that the undersigned "has been disqualified at least since he began hearing, finding and issuing orders in the underlying matter," *General Electric Company, et al. v. Wilkins*, 1:10-cv-00674 LJO JLT ("*GE v. Wilkins*"). Similar assertions were recently made by Mr. Wilkins' counsel in a "Notice of Acceptance of Recusal of District Court Judge Lawrence J. O'Neill," filed in

1

*Wilkins v. GE* on May 11, 2014. Those assertions were addressed and rejected by the undersigned in a May 13, 2014 Order. Mr. Wilkins' May 19, 2014 filing raises the same assertions yet again. To the extent that his May 19, 2014 filing can be construed as a motion for reconsideration of his May 11, 2014 "Notice," any such motion for reconsideration is DENIED. Mr. Wilkins raises no new facts or arguments that merit any further discussion.

Mr. Wilkins is ADMONISHED that pro se parties must comply with the Federal Rules of Civil Procedure, as well as this Court's Local Rules. Any further motions, requests, or notices not premised upon the Federal and Local Rules will be summarily rejected.

**SO ORDERED**
**Dated: May 21, 2014**

　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　**United States District Judge**